

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00336-CV

_____

IN RE EMMANUEL OLABODE OLUWATOMIWA AJAGBE, Relator

---

Original Proceeding
325th District Court of Tarrant County, Texas
Trial Court No. 325-767108-25

---

Before Sudderth, C.J.; Kerr and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered: July 14, 2025